IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ANTHONY MONTILLA CARRILLO,

Petitioner,

vs.

JEROME KRAMER, Sheriff Lincoln County Det Cen, et al.,

Respondents.

8:26-CV-554

ORDER

This Court previously ordered the government to provide the petitioner with a bond hearing pursuant to 8 U.S.C. § 1226(a). Filing 13. A bond hearing was held and the immigration judge denied bond, finding that the petitioner was a flight risk. Filing 15.

The petitioner has filed two postjudgment motions: A "Motion to Clarify Removal-Order and Custody Records Concerning a Reported Failure to Appear While Detained" (filing 16) and a "Motion for Leave to Submit Family Evidence Omitted from the September 29 Bond Hearing and for Limited Compliance Review" (filing 17). The motion to clarify essentially asks the Court to order the government to produce records and explain what the immigration judge relied on when denying bond. *See* filing 16; filing 19; filing 21. The motion for leave asks the Court to order the government to respond to the petitioner's family and character evidence and explain whether the immigration judge considered it. *See* filing 17; filing 18; filing 22.

What both motions have in common is that they effectively ask the Court to order the government to defend the immigration judge's order in this Court. But this Court doesn't review the immigration judge's decision de novo, or even for an abuse of discretion—this Court doesn't review the immigration judge's

decision *at all*. *See* 8 U.S.C. § 1226(e); *Gvritishvili v. Mullin*, No. 4:26-CV-3123, 2026 WL 1362439, at *1 (D. Neb. May 15, 2026). The petitioner's remedy is with the Board of Immigration Appeals, not this Court. Accordingly,

IT IS ORDERED:

1. The petitioner's "Motion to Clarify Removal-Order and Custody Records Concerning a Reported Failure to Appear While Detained" (filing 16) is denied.

2. The petitioner's "Motion for Leave to Submit Family Evidence Omitted from the September 29 Bond Hearing and for Limited Compliance Review" (filing 17) is denied.

Dated this 9th day of October, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge